*State, Respondent, v. Morgan, Petitioner*, No. 91967-4. Petition for review of a decision of the Court of Appeals, No. 71298-5-1, May 4, 2015, 187 Wn. App. 1022. *Denied* December 2, 2015.

*State, Respondent, v. Yusuf, Petitioner*, No. 91968-2. Petition for review of a decision of the Court of Appeals, No. 72056-2-I, June 15, 2015, 188 Wn. App. 1021. *Denied* December 2, 2015.

*State, Respondent, v. Nava, Petitioner*, No. 91985-2. Petition for review of a decision of the Court of Appeals, No. 32842-2-II, June 25, 2015, 188 Wn. App. 1031. *Denied* December 2, 2015.

*State, Respondent, v. Wilcox, Petitioner*, No. 91987-9. Petition for review of a decision of the Court of Appeals, No. 71620-4-I, June 22, 2015, 188 Wn. App. 1026. *Denied* December 2, 2015.

*State, Respondent, v. Chenoweth, Petitioner*, No. 91988-7. Petition for review of a decision of the Court of Appeals, No. 71520-8-I, June 22, 2015, 188 Wn. App. 521. *Denied* December 2, 2015.

*State, Respondent, v. Hankerson, Petitioner*, No. 91989-5. Petition for review of a decision of the Court of Appeals, No. 71161-0-I, June 22, 2015, 188 Wn. App. 1025. Petitioner's petition for review *denied*. Respondent's request for review *denied* December 2, 2015.

*State, Respondent, v. Berry, Petitioner*, No. 91990-9. Petition for review of a decision of the Court of Appeals, No. 71628-0-I, June 15, 2015, 188 Wn. App. 1020. *Denied* December 2, 2015.

*State, Respondent, v. Rieman, Petitioner*, No. 91991-7. Petition for review of a decision of the Court of Appeals, No. 45569-2-II, May 27, 2015, 187 Wn. App. 1036. *Denied* December 2, 2015.